IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| ARTHUR LEE GRIGGS,<br>Plaintiff, | )<br>)<br>) | |
| vs. | ) | CV 98-AR-2201-M |
| JOE S. HOPPER, et.al.,<br>Defendants. | )<br>)<br>) | |

**ENTERED**
MAY 30 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on Arthur Lee Griggs, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1). The plaintiff filed objections to the report and recommendation on March 27, 2001.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). An appropriate order will be entered.

DATED this 30\_ day of \_\_May\_\_, 2001.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

